DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID RICHARD SCHULHOFF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-461

_____

April 3, 2024

Appeal from the County Court for Pinellas County; Brett Szematowicz, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.